11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Murrell Ray
Bridges

Appellant

Vs.                   No.
11-02-00081-CR B
Appeal from Palo Pinto County

State of Texas

Appellee

 

Pursuant
to the court=s order
of May 16, 2002, the trial court conducted a hearing at which appellant
informed the trial court that he had Adecided
to just drop the appeal@
and that he no longer wanted to prosecute his appeal.  The trial court found that appellant did Anot desire to prosecute his  appeal.@

The
appeal is dismissed.

 

PER CURIAM

 

June 20, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.